No. 885. RAILROAD CREDIT CORP. *v.* SOUTHERN RAILWAY Co. April 29, 1940. Petition for writ of certiorari

to the Circuit Court of Appeals for the Fifth Circuit denied. *Messrs. Palmer Pillans, D. Willard, Jr., Wm. J. Kane,* and *Alexis T. Gresham* for petitioner. *Messrs. S. R. Prince, Sidney S. Alderman,* and *Henry L. Walker* for respondent.